JS-6

Brian S. Kesluk, Esq. – Bar No. 114347
David A. Cohn, Esq. – Bar No. 184380
KESLUK & SILVERSTEIN, P.C.
9255 Sunset Blvd., Suite 411
Los Angeles, CA 90069
Telephone: (310) 273-3180
Facsimile:  (310) 273-6137
Email:  bkesluk@californialaborlawattorney.com
Email:  dcohn@californialaborlawattorney.com

Attorneys for Plaintiff THOMAS SAVAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SAVAGE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN VARVATOS ENTERPRISES, INC., a Delaware corporation; JOHN VARVATOS OF CALIFORNIA, INC., a California corporation; and DOES 1-40, inclusive,<br><br>Defendants. | Case No.: CV07-5266-GW(MANx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

1
[PROPOSED] ORDER DISMISSING ENTIRE CASE

1. Pursuant to the Settlement Agreement and Release of Claims signed by the parties to this action, and GOOD CAUSE HAVING BEEN SHOWN,

    IT IS ORDERED THAT the above-captioned case be dismissed with prejudice as to all claims, causes of action, and Defendants, in its entirety, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

    IT IS FURTHER ORDERED THAT the Court shall retain jurisdiction to enforce the Settlement Agreement.

DATE: April 24, 2009

By _____
Honorable George Wu
District Court Judge

Kesluk & Silverstein, P.C.
9255 Sunset Blvd., Ste. 411
Los Angeles, CA 90069
Tel: (310) 273-3180
Fax: (310) 273-6137

2

**[PROPOSED] ORDER DISMISSING ENTIRE CASE**